DIEDRICK SCHEFFER, Respondent, v. JOHN H. PLATE, Appellant.

(Submitted June 2, 1924; decided June 6, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 574.)